UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  Case No.: 20-01983-3F7
ROBERT LOUIS WARD,
Debtor.
_____/

## TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY NAJI HASSAN OF 7 STAR REALTY AS REAL ESTATE AGENT FOR THE ESTATE

The Trustee, Gregory L. Atwater, applies for an Order Authorizing the Employment of Naji Hassan of 7 Star Realty, as realtor for the Estate and would show:

1. The Trustee desires to employ Naji Hassan of 7 Star Realty to represent and assist the Trustee in carrying out the Trustee's duties under the Bankruptcy Code.

2. After reviewing the facts and issues in this case, the Trustee has concluded that the assistance of a Realtor is necessary to enable the Trustee to discharge the Trustee's statutory duties.

3. Specifically, Naji Hassan of 7 Star Realty will list for sale and sell real property and ancillary matters.

4. The Trustee has selected this Realtor because the Realtor has the ability and experience to render the necessary assistance. The Realtor has further agreed to seek commission at 8%, of the gross sale price of the real property if more than $50,000 and a flat fee of $3,000 if the gross sale price of the real property is less than $50,000, payment of which will be made at closing, subject to the approval of the Court pursuant to §330 of the Bankruptcy Code.

5. To the best of the Trustee's knowledge, the attorney has no connection with the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and is thus disinterested within the meaning of 11 U.S.C. §101(14).

Dated: August 11, 2020

_____
Gregory L. Atwater
Florida Bar No. 879134
Post Office Box 1865
Orange Park, FL  32067
(904) 264-2273
(904) 264-4316 (fax)
Trustee for the Estate

I HEREBY CERTIFY that a copy of the foregoing was furnished to the following, via U.S. Mail, postage prepaid, this _11_ day of August, 2020:

Copies furnished to:

Office of United States Trustee

_____
Gregory L. Atwater

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

ROBERT LOUIS WARD                      Case No.: 3:20-bk-01983-JAF

        Debtors.                                        Chapter 7
_____/

## DECLARATION OF PROPOSED REAL ESTATE AGENT FOR ESTATE

I, NAJI HASSAN, declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the following statements are true and correct:

1. I am a duly qualified Real Estate Agent, doing business at 7 Star Realty, Inc., 9951 Atlantic Blvd., Suite 130, Jacksonville, Florida 32225.

2. I do not have any interests adverse to the debtor, the estate, or any creditor or party in interest. I do not have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and am thus disinterested within the meaning of 11 U.S.C. §101(14).

3. I shall agree to charge a customary fee of 8% of the gross sale price of the real property if more than $50,000 and a flat fee of $3,000 if the gross sale price of the real property is less than $50,000, payment of which will be made at closing.

Dated: August 11, 2020.                      7 STAR REALTY, INC.

                                                                                      Naji Hassan
                                                                                      9951 Atlantic Blvd., Suite 130
                                                                                      Jacksonville, Florida 32225
                                                                                      (904) 425-8280
                                                                                      Facsimile: (904) 677-7866
                                                                                      6738050@gmail.com