UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                              Case No.: 20-01983-3F7

ROBERT LOUIS WARD,

_____/

## CERTIFICATE OF MAILING OF ORDER AUTHORIZING EMPLOYMENT OF EUGENE H. JOHNSON AS ATTORNEY FOR THE ESTATE

The Trustee, Gregory L. Atwater, hereby certifies that a copy of the Order Authorizing Eugene H. Johnson as Attorney for the Estate dated August 11, 2020 was furnished by first class mail, postage prepaid, to the following parties on August 11, 2020 or via CM/ECF after the docketing of the pleading if the recipient is a registered CM/ECF user:

Robert Louis Ward
2061 SW Fort King Street
Ocala, FL 34471

Damien Aranguren, Debtor's Attorney
Justin McMurray, P.A.
118 West Fort King Street
Ocala, FL 34471

Eugene H. Johnson
100 N. Laura Street, Suite 701
Jacksonville, FL 32202

United States Trustee

/s/ Gregory L. Atwater
Post Office Box 1865
Orange Park, FL  32067
(904) 264-2273
Trustee