UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                            Case No.: 20-01983-3F7
    ROBERT LOUIS WARD,
_____/

## CERTIFICATE OF MAILING OF ORDER AUTHORIZING EMPLOYMENT OF NAJI HASSAN OF 7 STAR REALTY AS ATTORNEY FOR THE ESTATE

    The Trustee, Gregory L. Atwater, hereby certifies that a copy of the Order Authorizing Naji Hassan of 7 Star Realty as Attorney for the Estate dated August 12, 2020 was furnished by first class mail, postage prepaid, to the following parties on August 12, 2020 or via CM/ECF after the docketing of the pleading if the recipient is a registered CM/ECF user:

Robert Louis Ward
2061 SW Fort King Street
Ocala, FL 34471

Damien Aranguren, Debtor's Attorney
Justin McMurray, P.A.
118 West Fort King Street
Ocala, FL 34471

7 Star Realty
Naji Hassan
9951 Atlantic Blvd, Suite 130
Jacksonville, FL 32225

United States Trustee

                                                                         /s/ Gregory L. Atwater
                                                                         Post Office Box 1865
                                                                         Orange Park, FL 32067
                                                                         (904) 264-2273
                                                                         Trustee